# UNITED STATES DISTRICT COURT FILED
# MIDDLE DISTRICT OF FLORIDA

**JUDGMENT IN A CRIMINAL CASE**
(For Revocation of Probation or Supervised Release)

**UNITED STATES OF AMERICA**

CASE NUMBER: 3:06-cr-60-25HTS
USM NUMBER: 07513-021

V.

**KEITH DARNELL JENKINS**

Defendant's Attorney: James Burke, Esq. (Pda)

## THE DEFENDANT

**X**    Defendant admitted guilt to violation of allegation number(s) _1_ of the terms of supervision as stated in the Petition for Offender Under Supervised Release (Dkt. #2)

**X**    Allegation number _2_ is dismissed on the United States' motion.

**X**    Defendant is adjudicated guilty of these offenses:

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | New criminal conduct occurring while on supervision, in violation of the Special Conditions of Release | January 10, 2006 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Sentence: September 15, 2009

HENRY LEE ADAMS, JR.
UNITED STATES DISTRICT JUDGE

DATE: September 24 2009

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **twenty-four (24) months** to run concurrent with the State sentence he is presently serving.

__X__ The Court makes the following recommendations to the Bureau of Prisons: consider the Florida Department of Corrections' designation for service of the 24 month sentence.

__X__ The defendant is remanded to the custody of the United States Marshal.

____ The defendant shall surrender to the United States Marshal for this district:

    ____ at _____ a.m.    p.m.    on _____.

    ____ as notified by the United States Marshal.

____ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ____ before p.m. on .

    ____ as notified by the United States Marshal.

    ____ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:


Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.


_____
UNITED STATES MARSHAL

By _____
    DEPUTY UNITED STATES MARSHAL

## SUPERVISED RELEASE

Supervised Release as previously imposed in this case is hereby **revoked** and after confinement there is no new term of supervised release imposed.